# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JEFFREY ROBINSON )  IN ADMIRALTY
        Plaintiff, )
 )  NO. C15-1086 RSL
        vs. )
COASTAL VILLAGES SEAFOODS, LLC, )  ORDER APPOINTING GUARDIAN AD LITEM
et al. )
        Defendants )

Plaintiff has moved for an order appointing his father, William Robinson, as guardian ad litem in this matter pursuant to Fed.R.Civ.Pro. 17. The court has reviewed the brief in support of the motion, the declarations of Jimi James, Ph.D., plaintiff Jeffrey Robinson, his father William Robinson, and plaintiff's counsel. Defendants do not object to the appointment of Mr. Robinson as guardian ad litem.

The court finds that the motion should be granted because appointment of a guardian ad litem is in the best interest of Jeffrey Robinson. For good cause shown, the motion is hereby GRANTED. It is therefore ORDERED:

**ORDER APPOINTING G.A.L. - 1**

William Robinson is appointed as guardian ad litem for the above-named Jeffrey Robinson and shall receive copies of all pleadings and notice of all court proceedings through plaintiff's counsel. The guardian ad litem shall always represent Jeffrey Robinson's best interests.

The guardian ad litem's duties include: appearing at all court hearings within the scope of appointment, unless excused by the court, and assisting the plaintiff in reaching a resolution of the matters in this litigation, including at mediation. If in the opinion of the guardian ad litem a settlement offer is in the best interest of Jeffrey Robinson, the guardian ad litem shall make a full and complete written report to the court and counsel/parties on or before June 4, 2017. This report shall include recommendations and bases for those recommendations.

To facilitate reasonable investigation of information pertaining to the best interest of Jeffrey Robinson, the guardian ad litem shall have access to all records and information, including authorization to speak with interested persons, from the following sources: law enforcement agencies; health care providers; mental health care providers; the Department of Social and Health Services (or the equivalent agency in another state);any state or federal agency, including without limitation the U.S. Department of the Treasury; Washington State Department of Social and Health Services, U.S. Department of Health and Human Services, U.S. Centers for Medicare and Medicaid Services; and educational institutions.

These agencies may withhold or blackout portions of requested information as warranted by law or by court order. The guardian ad litem shall maintain the

**ORDER APPOINTING G.A.L. - 2**

confidentiality of information except as necessary to fulfill his duties as guardian ad litem. Upon good cause shown, the guardian ad litem or the parties may move that the court make confidential any reports or documents placed in the court file by the guardian ad litem.

The guardian ad litem has agreed to serve without fee, but may seek reimbursement of costs and expenses. The total amount awarded shall be at the discretion of the court after the guardian ad litem files an itemized statement of costs and expenses along with a proposed Order.

Jeffrey Robinson's signature hereunder constitutes an authorization for release of information by that party to the agencies listed above.

The appointment terminates upon entry of the final decree or order terminating this case.

Appointment of the guardian ad litem is without prejudice to defendants taking the position at trial that (a) Jeffrey Robinson's cognition is fine, and (b) that Jeffrey Robinson is not suffering any specific limitations.

DATED THIS 12th day of May, 2017.

*/s/ Mrs Casnik*
UNITED STATES DISTRICT JUDGE

**ORDER APPOINTING G.A.L. - 3**