1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   JEFFREY D. ROBINSON,                        IN ADMIRALTY

10              Plaintiff,

11         v.                                    Case No. C15-1086RSL

12   F/V LILLI ANN, LLC, *et al.*,

13              Defendants.                      ORDER STAYING PROCEEDINGS

14         This matter comes before the Court on the parties' "Stipulation for an Order Directing the

15   Clerk of Court to Enter a Statistical Termination." Dkt. # 34. The motion is GRANTED and the

16   above-captioned matter is hereby STAYED. The Clerk of Court is directed to enter a statistical

17   termination in this case. Such termination is entered solely for the purpose of removing this case

18   from the Court's active calendar. As indicated in their stipulation, at such time as the parties

19   deem this litigation appropriate for further proceedings, they will jointly or independently file a

20   motion to reopen in the above-referenced cause. All pending motions, deadlines, and hearings

21   are hereby stricken.

22

23         DATED this 13th day of June, 2017.

24

25                                              _____
                                                Robert S. Lasnik
26                                              United States District Judge

27

28   ORDER STAYING PROCEEDINGS - 1