HONORABLE ROBERT S. LASNIK

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JEFFREY D. ROBINSON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>F/V LILLI ANN, LLC, and COASTAL VILLAGES SEAFOODS, LLC, COASTAL VILLAGES LONGLINE, LLC, and the F/V LILLI ANN, in rem<br><br>　　　　　　　　Defendants. | IN ADMIRALTY<br><br>NO. 15-cv-01086<br><br>ORDER GRANTING MOTION TO REOPEN CASE, APPROVE SETTLEMENT, AND TO DISMISS WITH PREJUDICE AND WITHOUT COSTS |

THIS MOTION was brought on by the guardian ad litem, William Robinson, to reopen this case, approve a proposed settlement and to dismiss this matter with prejudice and without costs.

On May 12, 2017, William Robinson, the father of the plaintiff Jeffrey Robinson, was appointed guardian ad litem for Jeffrey. (dkt.33). The order appointing the guardian ad litem instructed the guardian to make a full and complete written report to

**ORDER GRANTING MOT. TO
APPROVE SETTLEMENT - 1**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
SEATTLE, WASHINGTON 98136
Telephone: (206) 587.0590
Fax: (866) 603-3252

the court if in the opinion of the guardian ad litem a settlement offer is in the best interest of Jeffrey Robinson. Dkt. 33, p.2, ll. 8-12.

William Robinson has made a report to the Court which recommends settlement of this matter. Jeffrey Robinson has reviewed and approved the report. The Court adopts the recommendations of the report. The Court has also reviewed the accompanying motion, and the Declaration of Shane Carew.

NOW, THEREFORE, the Court GRANTS the motion of the guardian, and ORDERS:

1. This matter shall be reopened;

2. That the report of guardian ad litem William Robinson is accepted and his recommendations adopted. He is authorized to execute the proposed settlement agreement. The proposed attorney's fees and costs totaling $32,070.85 are approved and may be distributed from the gross settlement proceeds.

3. That this matter shall then be DISMISSED with prejudice and without costs to either party.

SIGNED THIS 22nd day of January, 2018.

UNITED STATES DISTRICT JUDGE

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik

**ORDER GRANTING MOT. TO**

**APPROVE SETTLEMENT - 2**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
SEATTLE, WASHINGTON 98136
Telephone: (206) 587.0590
Fax: (866) 603-3252

PRESENTED BY:

*[signature]*

Shane C. Carew
WSBA No. 10988
Attorney for Jeff Robinson
5450 California Ave. SW, Suite 101
Seattle, WA 98136
Phone: 206-587-0590
Fax: 866-603-3252
Email: shane@carewlaw.com

FORM APPROVED; NOTICE OF PRESENTATION WAIVED

*[signature]*

Michael A. Barcott, WSBA # 13317
Attorney for Defendants
999 Third Avenue, Suiote 2600
Seattle, WA 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com

ORDER GRANTING MOT. TO APPROVE SETTLEMENT - 3